Name: Chevez White
Address: 17222 E. Palmer Way Fountain Hills AZ 85268
Phone: 480.720.9082

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

FILED
2009 OCT -2 AM 10: 24
CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Chapter 13 |
| **Chevez White** | |
| | Case No. **09-bk-18990-RTB** |
| Debtor(s) | |

# Emergency Motion For Reinstatement

Debtor(s) have made Filing Fee Payment in Full as ordered by the court.

Edward J Maney
Bankruptcy Trustee3200
P.O. Box 10434-Phoenix, Arizona 85064
Tel: (602) 277-3776
Fax: (602) 277-4103
Email: ejm@maney13trustee.com

Date: 10-2-09                    Signature: _____